UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                Plaintiff,

        v.

ZURICH AMERICAN INSURANCE
COMPANY OF ILLINOIS,

                Defendant.

No. 22-CV-499 (RA)

---

RONNIE ABRAMS, United States District Judge:

    On October 6, 2022, the Court held a post-discovery conference with the parties in this matter. As the Court ordered during the conference, Plaintiff's motion for summary judgment shall be due by November 18, 2022; Defendant's response by January 6, 2023; and Plaintiff's reply, if any, by January 20, 2023.

SO ORDERED.

Dated:    October 19, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge