**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                    Plaintiff,

      -against-                                             22 **CIVIL** 0499 (RA)

                                                                       **<u>JUDGMENT</u>**

ZURICH AMERICAN INSURANCE
COMPANY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 3, 2023, Zurich's motion for summary judgment is therefore granted, and Liberty's motion for partial summary judgment denied. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 4, 2023

                                                                      **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                              **BY:** _____
                                                                 **Deputy Clerk**